No. 83–5192.  HEALY v. MAGGIO, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 83–5204.  GUIGNO ET AL. v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 83–5396.  MOSLEY v. SMITH ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 83–5399.  HOLMES v. KING, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 83–5447.  REDMAN v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir. Certiorari denied.

No. 83–5450.  SCHWARTZ v. MAIDEN ET AL.  C. A. 2d Cir. Certiorari denied.

No. 83–5452.  MCCURDY v. LANDMARK FINANCIAL CORPORATION OF GEORGIA ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 83–5455.  SMITH v. MORRIS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 83–5456.  MINGO v. MAGGIO, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 83–5459.  STINSON v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 83–5461.  GREEN v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 83–5466.  ROBINSON v. WARDEN, MARYLAND STATE PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 83–5467.  MORENO v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 83–5468.  PHILLIPS v. ALONZO ET AL.  Sup. Ct. Ala. Certiorari denied.